# United States Bankruptcy Court
## Northern District of California

In re: **Michael Joseph McGrath, Shallene Elisa Lea McGrath**
Debtor(s)

Case No. **10-44786**
Chapter **7**

## STATEMENT RE PAYMENT ADVICES

☐ Attached are copies of all payment advices or other evidence of payment that I/we received from my/our employer(s) within the 60 days before the filing of this bankruptcy case. I/we have blocked out all but the last four digits of my/our social security number(s) wherever they appear on the attached copies.

☐ I/We received no payment advices or other evidence of payment from my/our employer(s) within the 60 days before the filing of this bankruptcy case.

I/we declare under penalty of perjury that the above statement is true and correct to the best of my/our knowledge, information, and belief.

Date **April 27, 2010** Signature **/s/ Michael Joseph McGrath**
Michael Joseph McGrath
Debtor

Date **April 27, 2010** Signature **/s/ Shallene Elisa Lea McGrath**
Shallene Elisa Lea McGrath
Joint Debtor

Date **April 27, 2010** Signature **/s/ Allison J. Wood SBN:**
Allison J. Wood SBN: 224756
Attorney

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy